

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER H. LENHARD, III,<br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY BANKERS LIFE INSURANCE COMPANY, CONTINENTAL LIFE INSURANCE COMPANY, and BRADFORD A. PHILLIPS,<br>　　　　　　　　　　　Defendants. | CIVIL ACTION No. 16-cv-2385<br><br>**FILED**<br>JUL 13 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

<u>ORDER</u>

AND NOW, this _12th_ day _of July_, 2018, upon consideration of Defendants' Unopposed Motion to Transfer Venue, it is hereby ORDERED that Defendants' Motion is GRANTED. The Clerk is hereby directed to transfer this action to the United States District Court for the Northern District of Texas—Dallas Division.

_____ J.